# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DeANTHONY K. MULDROW,**

Plaintiff,

**v.** **Case No. 26-CV-093**

**LINDA EGGERT, *et al.*,**

Defendants.

---

## ORDER

---

On January 20, 2026, plaintiff DeAnthony K. Muldrow, who is incarcerated and representing himself, filed a complaint under 42 U.S.C. § 1983. (ECF No. 1.) The court initially ordered Muldrow to pay an initial partial filing fee of $34.64 by February 13, 2026. (ECF No. 5.) Muldrow filed a couple of letters indicating he had insufficient funds in both his prisoner trust account and release account to pay the fee. (ECF Nos. 7, 9.) As such, the court entered a text only order requesting Muldrow either pay the filing fee or provide an updated trust account statement. (ECF No. 10.) Muldrow provided an updated trust account statement on June 2, 2026. That same day, the court issued an amended order assessing an initial partial filing fee of $13.67 to be paid by July 2, 2026. (ECF No. 14.)

On July 6, 2026, Muldrow filed a notice of voluntary dismissal because he believes the case has no merit. (ECF No. 15.) That same day, Muldrow filed a motion to amend his complaint. (ECF No. 16.) On July 7, 2026, Muldrow paid the initial partial filing fee.

On July 20, 2026, the court issued an order requesting that Muldrow indicate by August 10, 2026, whether he wishes to voluntarily dismiss his case or if he would like to proceed. The court informed Muldrow that, if it did not hear from Muldrow by this date, the court would honor Muldrow's request to voluntarily dismiss the case.

The August 10, 2026, deadline has passed and the court has not heard from Muldrow. As such, the court will dismiss the case as Muldrow directed in his July 6 notice of voluntary dismissal. The court will dismiss the case without prejudice. Muldrow is free to refile his case at a later date subject to the applicable statute of limitations.

The court has jurisdiction to act in light of Muldrow's consent to the full jurisdiction of a magistrate judge and the Wisconsin Department of Justice's limited consent to the exercise of magistrate judge jurisdiction as set forth in the Memorandum of Understanding between the Wisconsin Department of Justice and this court.

**IT IS THEREFORE ORDERED** that Muldrow's case is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the agency having custody of Muldrow shall collect from his institution trust account the $336.33 balance of the filing fee by collecting monthly payments from Muldrow's prison trust account in an amount equal to 20 percent of the preceding month's income credited to Muldrow's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this case. If Muldrow is transferred to another county,

state, or federal institution, the transferring institution shall forward a copy of this order along with his remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the officer in charge of the agency where Muldrow is confined.

Dated in Milwaukee, Wisconsin this 19th day of August, 2026.

BY THE COURT

William E. Duffin

WILLIAM E. DUFFIN
United States Magistrate Judge